The People of the State of Illinois ex rel. Mary Barkdull Weiner, plaintiff in error, v. Agnes J. Barkdull, defendant in error. Gen. No. 30,326.

Habeas corpus proceedings. Judgment for respondent. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925.. Affirmed. Opinion filed March 10, 1926.

Maurice I. Green, for plaintiff in error. Richard J. Cooney and John A. Verhoeven, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Catherine Rogal, appellee, v. Anthony Forschner, appellant. Gen. No. 30,390.

Action for personal injury. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Taylor, J., dissenting. Opinion filed March 10, 1926.

Burt A. Crowe, for appellant; Roy A. Nutt, of counsel. Abraham Lepine, for appellee; George C. Bliss, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Albert Roggenbuck and Augusta Roggenbuck, appellants, v. A. Julius Breuhaus, appellee. Gen. No. 30,409.

Action for breach of contract to convey lands. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 10, 1926.

D. W. Parker, for appellants. George W. Thoma and E. Marshall Amberg, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Courtenay Barber, appellee, v. General Automotive Corporation, appellant. Gen. No. 30,413.

Action upon promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 10, 1926. Rehearing denied April 12, 1926.

McElroy & Huddleston, for appellant. Paul O'Donnell, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.